PEOPLE *v.* KALISH.

Appeal from Recorder's Court of Detroit; Krause (Paul E.), J. Submitted Division 1 June 4, 1968, at Detroit. (Docket No. 2,549). Decided August 30, 1968.

Barry Kalish was convicted by a jury of contributing to the delinquency of a minor. Defendant appeals. Reversed and remanded for new trial.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Richard J. Padzieski,* Assistant Prosecuting Attorney, for the people.

*Sheldon Otis,* for defendant.

PER CURIAM. Defendant appeals from denial of his motion for new trial following his conviction by jury of the offense of contributing to the delinquency of a minor.[1] One ground asserted for this relief was that the verdict was contrary to the great weight of the evidence. A review of the trial record is convincing that a new trial should have been granted.

Reversed and remanded for new trial.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.

---

[1] CL 1948, § 750.145 (Stat Ann 1962 Rev § 28.340).